ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4809
Email: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY MICHELLE BRAY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 1:26-cv-02117-JLT-FJS<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME (SECOND REQUEST) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, with this Court's approval, to extend the time by seven days, from August 13, 2026, to August 20, 2026, for the Commissioner to respond to Plaintiff's motion for summary judgment, with all other case deadlines extended accordingly.

The Commissioner requests this short extension for purposes of conferring with Plaintiff regarding settlement of the above-captioned case. The undersigned counsel for the Commissioner contacted Plaintiff's counsel on August 12, 2026, to propose settlement. Plaintiff's counsel is contacting his client to discuss the Commissioner's settlement proposal. Plaintiff's counsel further advised that Plaintiff does not oppose a seven-day extension to permit the parties to determine whether options exist for settlement.

The Commissioner therefore requests a seven-day extension to allow the parties discuss settlement, and if the parties cannot reach agreement, the Commissioner will respond to Plaintiff's opening brief by August 20, 2026, with other case deadlines extended accordingly.

Respectfully submitted,

Dated: August 13, 2026

PENA AND BROMBERG, PC

By: */s/ Jonathan Pena**
JONATHAN PENA
Attorneys for Plaintiff
[*As authorized by e-mail on Aug. 13, 2026]

Dated: August 21, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that the time for the Commissioner to respond to Plaintiff's motion for summary judgment is extended by seven days, from August 13, 2026, to August 20, 2026. Plaintiff's deadline to reply is also extended by seven days accordingly.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE